

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 5:02-CR-74-VAP |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) | 18 U.S.C. § 3143(a) |
| | ) | Allegations of Violations of |
| Jacob Calderon Espinoza | ) | Probation/Supervised Release |
| | ) | Conditions) |
| Defendant. | ) | |

On arrest warrant issued by the United States District Court for the ____CDCA____ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. (✓) the safety of any person or the community.

///
///
///
///
///
///

2.  The Court concludes:
                A.  (✓) Defendant has failed to demonstrate by clear and
                    convincing evidence that he is not likely to pose
                    a risk to the safety of any other persons or the
                    community.  Defendant poses a risk to the safety
                    of other persons or the community based on:

                    _____
                    _____
                    _____
                    _____
                    _____

                B.  (✓) Defendant has failed to demonstrate by clear and
                    convincing evidence that he is not likely to flee
                    if released.  Defendant poses a flight risk based
                    on: _____
                    _____
                    _____
                    _____
                    _____


            IT IS ORDERED that defendant be detained.

DATED: __6/2/17__

                                          _____
                                          HONORABLE JACQUELINE CHOOLJIAN
                                          United States Magistrate Judge

2